UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUMMER-ANNIE JOHNSON,

                    Plaintiff,

        -against-

RESORTS WORLD HUDSON VALLEY,

                    Defendant.

25-cv-2210 (LLS)

CIVIL JUDGMENT

        For the reasons stated in the September 16, 2025, order, this action is dismissed for

failure to state a claim on which relief may be granted.

SO ORDERED.

  Dated:    November 25, 2025
            New York, New York

                                        /s/ Louis L. Stanton
                                          LOUIS L. STANTON
                                        United States District Judge